IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00649-RMR-STV

CARLOS BRITO,

    Plaintiff,

v.

TIRE & AUTO HOLDINGS, INC.,
ADVANCE STORES COMPANY, INC.
d/b/a ADVANCE AUTO PARTS,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, CARLOS BRITO, and Defendants, TIRE & AUTO HOLDINGS, INC., ADVANCE STORES COMPANY, INC. d/b/a ADVANCE AUTO PARTS., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this May 10, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jessica S. Reed-Baum* |
| ANTHONY J. PEREZ, ESQ. | JESSICA S. REED-BAUM |
| GARCIA-MENOCAL & PEREZ, P.L. | JACKSON LEWIS P.C. |
| 1600 Broadway | 950 17th Street, Suite 2600 |
| Denver, Colorado 80202 | Denver, Colorado 80202 |
| Telephone: (305) 553- 3464 | Telephone: (303) 892-0404 |
| Email:  ajperez@lawgmp.com | Facsimile: (303) 892-5575 |

1

| | |
|---|---|
| *Attorney for Plaintiff* | Email: Jessica.Reed-Baum@jacksonlewis.com *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 10, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com;
dramos@lawgmp.com

By:  */s/ Anthony J. Perez*
         ANTHONY J. PEREZ