IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00649-RMR-STV

CARLOS BRITO,

    Plaintiff,

v.

TIRE & AUTO HOLDINGS, INC.,
ADVANCE STORES COMPANY, INC.
d/b/a ADVANCE AUTO PARTS,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, CARLOS BRITO, by and through his undersigned counsel, hereby dismiss Defendant, TIRE & AUTO HOLDINGS, INC, with Prejudice.

Dated this June 15, 2022.

    Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on June 15, 2022.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ